135 A.3d 579

**Horatio M. NIMLEY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS ("DOC"), Appellees.**

Supreme Court of Pennsylvania.

April 25, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2016, the order of the Commonwealth Court is **AFFIRMED.**